Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JOSE C. RODRIGUEZ, ET AL., <br><br> Defendants. | CASE NO. 3:13-cv-02015-JSW <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS JOSE C. RODRIGUEZ and MARIA E. RODRIGUEZ, individually and d/b/a TAQUERIA SAN BRUNO <br> AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants JOSE C. RODRIGUEZ and MARIA E. RODRIGUEZ, individually and d/b/a TAQUERIA SAN BRUNO, that the above-entitled action is hereby dismissed **without prejudice** against JOSE C. RODRIGUEZ and MARIA E. RODRIGUEZ, individually and d/b/a TAQUERIA SAN BRUNO and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

IT IS FURTHER STIPULATED that provided no Party referenced above has filed a motion to reopen this action by September 6, 2013, the dismissal shall be deemed to be **with prejudice.**

///

///

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: 8/2/13

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated:

JOSE C. RODRIDGUEZ
Individually and d/b/a TAQUERIA SAN BRUNO

Dated:

MARIA E. RODRIDGUEZ
Individually and d/b/a TAQUERIA SAN BRUNO

IT IS SO ORDERED:

The Honorable Jeffery S. White
United States District Court
Northern District of California

Dated: 7/29/13

August 5, 2013

STIPULATION OF DISMISSAL
Case No. 3:13-cv-02015-JSW
PAGE 2